**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Baltazar CARRANZA–MORENO, a.k.a.
Baltizar Carranza–Moreno; et al.,
Defendant–Appellant.**

**No. 06–10016.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

George Ferko, Esq., Office of the U.S. Attorney, Evo A. Deconcini, U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Jason M. Hannan, Esq., Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

## MEMORANDUM **

Baltazar Carranza–Moreno appeals from his sentence imposed following his conviction for unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Carranza–Moreno contends that the district court erred by applying a 16–level sentencing enhancement under United States Sentencing Guidelines § 2L1.2(b)(1) for a prior drug trafficking conviction under California Health & Safety Code, § 11351.5. As Carranza–Moreno acknowledges in his reply brief, this contention is foreclosed. *See United States v. Morales–Perez,* 467 F.3d 1219, 1223 (9th Cir.2006) (holding that a conviction under California Health & Safety Code § 11351.5 categorically qualifies as a drug trafficking offense under the Guidelines).

**AFFIRMED.**

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.